

For the appellants, *Collins & Corbin*.

For the respondents, *Theo. Strong & Son*.

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the opinion filed in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ.   13.

*For reversal*—None.

GEORGE SIMKO, RESPONDENT, v. ALBERT T. MOUNT, APPELLANT.

Submitted May 26, 1933—Decided September 27, 1933.

For the appellant, *Cox & Walburg*.

For the respondent, *Benjamin Gordon*.

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the opinion filed in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.

HENRY J. RICKEL, RESPONDENT, v. FRANK STOCKMAN, SR., APPELLANT.

Submitted May 26, 1933—Decided September 27, 1933.